LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

June 29, 2023

Via FAX 212 805-4060

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. v. Rawinder Dhillon
23-mj-04790 (UA)

Dear Judge Cave:

The purpose of this letter is to seek the Court's permission for Rawinder Dhillon to travel to the District of Connecticut from July 6-9 and the Northern District Illinois from July 12-16 to attend his cousins' weddings. Consistent with his Sikh faith, Mr. Dhillon would like to attend all parts of the weddings, including the religious components.

On June 15, Mr. Dhillon was arraigned on a complaint charging a single count of conspiracy to commit wire fraud and a single count of aggravated identity theft. The agreed-upon conditions of release limited travel to EDNY/SDNY and included a $250,000 personal recognizance bond to be co-signed by two financially responsible persons, *see* ECF Doc. 7; the Sureties have since signed the bonds and all conditions of the bond have been met.

I have conferred with Pretrial Service Officer Meherun Mayer and AUSA Alexandra Messiter, providing both with Mr. Dhillon's travel itinerary, and neither object to Mr. Dhillon's request.

Sincerely,

Richard Levitt
*Attorneys for Rawinder Dhillon*

*Approved. Mr. Dhillon shall contact PTS on his return to his residence.*

*So Ordered* [signature] USMJ 6/29/23