LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

October 24, 2023

Via email: presentments@nysd.uscourts.gov
Parker_NYSDChambers@nysd.uscourts.gov

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**10/24/2023**

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *U.S. v. Rawinder Dhillon*,
      23-mj-04790 (UA)

Dear Judge Parker:

We represent Rawinder Dhillon in the above-captioned (unindicted) case and respectfully request the Court's permission for Mr. Dhillon to travel to Ft. Lauderdale and Naples, Florida between October 31 and November 5, 2023, for business purposes. Mr. Dhillon's conditions of bail already permit him to travel on business to New York, New Jersey, Pennsylvania, Maryland, and Delaware. He completed a previously permitted trip to Florida uneventfully.

I have provided Mr. Dhillon's full itinerary to Pretrial Services Officer Meherun Mayer and AUSA Alexandra Messiter and neither object.

Thank you for considering this request.

Respectfully submitted,

Richard Levitt

cc:   AUSA Alexandra Messiter, via email to Alexandra.Messiter @usdoj.gov
      PTSO Meherun Mayer, via email to: Meherun_Mayer@nyspt.uscourts.gov