# LEVITT & KAIZER
### ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

May 20, 2024

Via email:   williscriminalduty@nysd.uscourts.gov
             presentments@nysd.uscourts.gov

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

This request is GRANTED.

SO ORDERED.

_____
Jennifer E. Willis
United States Magistrate Judge

May 20, 2024

Re:   U.S. v. Rawinder Dhillon, 23-mj-04790 (UA)

Dear Judge Willis:

    I represent Rawinder Dhillon in the above-captioned (unindicted) case and respectfully ask the Court's permission for Mr. Dhillon to travel on business to New Orleans as soon as possible this week to review a business opportunity and then submit a bid that is due this Friday, May 24, 2024. Should the Court grant this request, he will leave immediately and return two days thereafter. He will likely stay at the Hyatt Centric French Quarter, 800 Iberville Street, New Orleans 70112, but we will provide Pretrial Services his full itinerary as soon as we have it, should this request be granted. Mr. Dhillon has travelled outside the district in the past without incident.

    I have corresponded with AUSAs Alexandra Messiter and Adam Margulies, as well as with PTSO Meherun Mayer (cc'd), none of whom object to this request. I apologize for the lateness of this request and thank the Court for its consideration.

Respectfully,

Richard Levitt

cc: AUSA Alexandra Messiter, via email to: Alexandra.messiter@usdoj.gov
    AUSA Adam Margulies, via email to: adam.margulies@usdoj.gov
    PTSO Meherun Mayer, via email to: Meherun_Mayer@nyspt.uscourts.gov